# FRED W. CARLSTROM v. NORTH STAR CONCRETE COMPANY.[1]

January 28, 1916.

Nos. 19,641—(249).

**Order not appealable.**

No appeal lies from an order denying defendant's motion for judgment notwithstanding the verdict, when no motion for a new trial is made. [Reporter.]

Action in the district court for Blue Earth county to recover $75. The case was tried before Comstock, J., and a jury which returned a verdict for $40. From an order denying his motion for judgment notwithstanding the verdict, defendant appealed. Dismissed.

*H. L. & J. W. Schmitt*, for appellant.

*Ivan Bowen*, for respondent.

PER CURIAM.

Action to recover the value of a cow, alleged to have been killed through the fault of defendant. Plaintiff had a verdict. Defendant moved for judgment notwithstanding the verdict, and appealed from an order denying the same. There was no motion for a new trial. The order denying the motion for judgment is not appealable, and the appeal must be and is dismissed. 2 Dunnell, Minn. Dig. § 5084; Hostager v. Northwest Paper Co. 109 Minn. 509, 124 N. W. 213.

Dismissed.